[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
————————————————

No. 20-11776
Non-Argument Calendar
————————————————

D.C Docket No. 1:19-cr-20417-CMA-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SONYA ANITA SPIVEY,
a.k.a. Shorty,
a.k.a. Short,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Southern District of Florida

————————————————

(January 13, 2021)

Before WILLIAM PRYOR, Chief Judge, NEWSOM and ANDERSON, Circuit
Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Spivey's plea agreement is GRANTED.  *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).  The government's motion to stay the briefing schedule is DENIED AS MOOT.